LAW OFFICES
**BROENING OBERG WOODS & WILSON**
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVE., SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Robert T. Sullivan/Bar No. 022719
rts@bowwlaw.com
Kelley M. Jancaitis/Bar No. 025555
kmj@bowwlaw.com
Minute Entries/Orders
cjg@bowwlaw.com
*Attorneys for Defendant State Farm Fire and Casualty Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Grasse and Tamara Grasse, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>State Farm Fire and Casualty Company, an Illinois Corporation, John and Jane Does I-X; XYZ Partnerships I-X; ABC Corporations I-X,<br><br>Defendants. | Case No.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY'S NOTICE OF REMOVAL OF ACTION** |

**TO: Clerk of the United States District Court for the District of Arizona:**

Please take notice that Defendant State Farm Fire and Casualty Company ("State Farm") hereby removes to this Court the state court action described below:

1. Petitioner is a defendant in a civil action commenced and now pending in the Superior Court in Maricopa County, Arizona, entitled *Donald Grasse and Tamara Grasse v. State Farm Fire and Casualty Company,* Case No. CV2023-017100. A copy of the Complaint in this action are attached hereto as Exhibit "A" and incorporated herein by this reference.

2. Within 30 days of this Notice of Removal of Action, Defendant received a copy of the Summons and Complaint served upon it through the State of Arizona Department of Insurance.

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

4. Defendant State Farm is both incorporated in, and has its principal place of business in, the State of Illinois.

5. Plaintiffs are individuals who reside in Arizona and own property in Arizona.

6. Jurisdiction is proper pursuant to 28 U.S.C. § 1332 in that diversity of citizenship exists for the purposes of establishing federal jurisdiction.

7. Plaintiffs assert claims for insurance bad faith, breach of contract, and equitable relief.

8. Plaintiffs' Complaint certifies that they seek damages between $50,000 and $300,000 (Tier 2 damages pursuant to the Arizona Rules of Civil Procedure). The specific amount alleged for the breach of contract claim is just under $50,000. The Complaint also alleges that Plaintiffs are entitled to contract damages, bad faith damages, punitive damages and attorney's fees pursuant to a recent appraisal award. Plaintiff has claimed attorney fees of over $100,000 in a case involving confirmation of appraisal award – which is on appeal.

9. Defendant certifies that notice of this Removal has been filed with the Clerk of the Superior Court of the State of Arizona, Maricopa County, as provided in 28 U.S.C. § 1446(d).

10. True copies of all process, pleadings and orders which have been served or filed in this case are attached hereto and filed herewith.

11. The undersigned has read this Notice of Removal and, to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, certifies that Defendant's factual allegations have evidentiary support and its legal contentions are warranted by existing law. The undersigned also certifies that this Notice of Removal is not

presented for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the cost of litigation.

DATED this 21st day of November, 2023.

BROENING OBERG WOODS & WILSON, P.C.

By */s/Robert T. Sullivan*
Robert T. Sullivan
Kelley M. Jancaitis
2800 North Central Avenue, Suite 1600
Phoenix, Arizona  85004
*Attorneys for Defendant State Farm Fire and Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Douglas F. Dieker
DIEKER COPPLE, PLLC
14256 North Northsight Blvd., Suite 110
Scottsdale, Arizona 85260
douglas@diekercopplelaw.com
*Attorney for Plaintiffs*

By */s/ Lisa Black*