Douglas F. Dieker, SBN 018317
**DIEKER COPPLE, PLLC**
14256 N. Northsight Blvd., Suite 110
Scottsdale, Arizona 85260
(602) 528-4700– Office
(602) 528-4701 –Fax
douglas@diekercopplelaw.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Grasse and Tamara Grasse, | Case No.: CV-23-02435-PHX-SRB |
| Plaintiffs, | |
| vs. | **MOTION TO DISMISS FICTITIOUS PARTIES** |
| State Farm Fire and Casualty Company, an Illinois Corporation, John and Jane Does I-X; XYZ Partnerships I-X; ABC Corporations I-X, | |
| Defendants. | |

Plaintiffs, by and through counsel undersigned, hereby request that the Court dismiss all fictitious parties named in this suit, including:  John and Jane Does, I-X; ABC Corporations, I-X, and; XYZ Partnerships I-X.

DATED this 28th day of November 2023.

**DIEKER COPPLE, PLLC.**

By: /s/ Douglas F. Dieker
Douglas F. Dieker
14256 N. Northsight Blvd., Suite 110
Scottsdale, Arizona 85260
*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 28, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmitted copies of the same and a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Sullivan, Esq.
Kelley M. Jancaitis, Esq.
Broening Oberg Woods & Wilson, P.C.
2800 N. Central Avenue, Suite 1600
Phoenix, Arizona 85004
Attorneys for Defendant State Farm Fire and Casualty Company

/s/ Douglas F. Dieker