**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Donald Grasse and Tamara Grasse, | Case No.: CV-23-02435-PHX-SRB |
| Plaintiffs, | |
| vs. | **ORDER TO DISMISS FICTITIOUS PARTIES** |
| State Farm Fire and Casualty Company, an Illinois Corporation, John and Jane Does I-X; XYZ Partnerships I-X; ABC Corporations I-X, | |
| Defendants. | |

The Court has received and reviewed the Plaintiffs' Motion to Dismiss Fictitious Parties. In accordance therewith,

IT IS ORDERED dismissing fictitious parties.

Dated this 13th day of December, 2023.

_____
Susan R. Bolton
United States District Judge

1