## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Grasse, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>State Farm Fire and Casualty Company, et al.,<br><br>                    Defendants. | No. CV-23-02435-PHX-SRB<br><br>**ORDER** |

The Court has considered Plaintiff's Motion to Strike Defendant State Farm Insurance Company's Notice of Supplemental Authority, Defendant's Response and the Reply.

IT IS ORDERED granting Plaintiff's Motion to Strike Defendant State Farm Insurance Company's Notice of Supplemental Authority. (Doc. 17) Defendant's Notice of Supplemental Authority is an unauthorized sur-reply.

IT IS FURTHER ORDERED that Defendant may file a Notice of Supplemental Authority that only cites the case name and citation it wishes to bring to the Court's attention without argument or explanation.

Dated this 14th day of March, 2024.

_____
Susan R. Bolton
United States District Judge