LAW OFFICES
**BROENING OBERG WOODS & WILSON**
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVE., SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Robert T. Sullivan/Bar No. 022719
rts@bowwlaw.com
Kelley M. Jancaitis/Bar No. 025555
kmj@bowwlaw.com
Minute Entries/Orders: cjg@bowwlaw.com
*Attorneys for Defendant State Farm*
*Fire and Casualty Company*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Grasse and Tamara Grasse, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>State Farm Fire and Casualty Company, an Illinois Corporation, John and Jane Does I-X; XYZ Partnerships I-X; ABC Corporations I-X,<br><br>Defendants. | Case No. 2:23-cv-02435-SRB<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO RESPONSE TO MOTION TO CONFIRM APPRAISAL AWARD [DOC. 14]** |

Notice is hereby given that on February 14, 2024, this Court issued a decision in *Heartland v. State Farm Fire & Casualty Co.*, No. CV-23-00449-PHX-JJT, 2024 WL 620825 (D. Ariz. Feb. 14, 2024), https://casetext.com/case/heartland-v-state-farm-fire-cas-co, that is relevant to State Farm's arguments in Parts III and IV of its Response to Motion to Confirm Appraisal Award [Doc. 14].

. . .

. . .

DATED this 15th day of March, 2024.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Kelley M. Jancaitis*
Robert T. Sullivan
Kelley M. Jancaitis
2800 North Central Avenue, Suite 1600
Phoenix, Arizona  85004
*Attorneys for Defendant State Farm Fire and Casualty Company*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of March, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Douglas F. Dieker
DIEKER COPPLE, PLLC
14256 North Northsight Blvd., Suite 110
Scottsdale, Arizona 85260
douglas@diekercopplelaw.com
*Attorney for Plaintiffs*

By */s/ Deane Fields*

3