LAW OFFICES
**BROENING OBERG WOODS & WILSON**
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVE., SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Robert T. Sullivan/Bar No. 022719
rts@bowwlaw.com
Kelley M. Jancaitis/Bar No. 025555
kmj@bowwlaw.com
Minute Entries/Orders: cjg@bowwlaw.com

*Attorneys for Defendant State Farm*
*Fire and Casualty Company*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Grasse and Tamara Grasse, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>State Farm Fire and Casualty Company, an Illinois Corporation, John and Jane Does I-X; XYZ Partnerships I-X; ABC Corporations I-X,<br><br>    Defendants. | Case No. 2:23-cv-02435-SRB<br><br>**STIPULATION TO ENTER PROTECTIVE ORDER** |

It is hereby stipulated by and among the parties, through their undersigned counsel, that the Court enter the Stipulated Protective Order submitted herewith at Exhibit 1. The Order will govern the documents requested by Plaintiffs and produced by State Farm and will remain in effect through trial/appeal.

The parties stipulate that the Court enter the Stipulated Protective Order to properly balance the discovery rights of the Plaintiffs with State Farm's right to protect its private, confidential, proprietary and/or trade secret information.

The Protective Order is approved as to form and content by counsel for both parties.

DATED this 9th day of April, 2024.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Robert T. Sullivan*
    Robert T. Sullivan
    2800 North Central Ave., #1600
    Phoenix, AZ  85004
    *Attorneys for Defendant State Farm Fire and*
    *Casualty Company*

DIEKER COPPLE, PLLC


By */s/ Douglas F. Dieker (with permission)*
    *Douglas F. Dieker*
    *14256 N. Northsight Blvd., #110*
    *Scottsdale, AZ 85260*
    *Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Douglas F. Dieker
DIEKER COPPLE, PLLC
14256 North Northsight Blvd., Suite 110
Scottsdale, Arizona 85260
douglas@diekercopplelaw.com
*Attorney for Plaintiffs*

By */s/ Nicole J. Smith*