Douglas F. Dieker, SBN 018317
**DIEKER COPPLE, PLLC**
14256 N. Northsight Blvd., Suite 110
Scottsdale, Arizona 85260
(602) 528-4700– Office
(602) 528-4701 –Fax
douglas@diekercopplelaw.com
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Donald Grasse and Tamara Grasse, | Case No.: CV-23-02435-SRB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE EXPERT DISCLOSURE DEADLINES** |
| vs. | |
| State Farm Fire and Casualty Company, | |
| Defendants. | |

The parties, by and through counsel undersigned, hereby stipulate and respectfully request that the Court extend the current deadlines in this matter. The reason for the stipulated extension of time is to accommodate the schedules of Plaintiffs' retained experts.

Specifically, the parties stipulate to the following:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Expert Disclosure | August 16, 2024 | September 30, 2024 |
| Defendant's Expert Disclosure | September 27, 2024 | November 11, 2024 |
| Rebuttal Expert Disclosure | October 25, 2024 | December 9, 2024 |
| Depositions of Expert Witnesses | December 20, 2024 | February 3, 2025 |
| Dispositive Motions | December 27, 2024 | February 10, 2025 |

A copy of the proposed Amended Scheduling Order extending the discovery is attached hereto as Exhibit A.

1

ClarkHill\K7975\462645\271685560.v1-5/23/23

RESPECTFULLY SUBMITTED this 13th  day of August 2024.

**DIEKER COPPLE, PLLC.**

By:  /s/ Douglas F. Dieker
Douglas F. Dieker
14256 N. Northsight Blvd., Suite 110
Scottsdale, Arizona 85260
*Attorney for Plaintiffs*

**BROENING OBERG WOODS & WILSON, P.C.**

By: /s/ Robert T. Sullivan
Robert T. Sullivan, Esq.
Kelley M. Jancaitis, Esq.
2800 N. Central Avenue, Suite 1600
Phoenix, Arizona 85004
*Attorneys for Defendant*
*State Farm Fire and Casualty Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 13, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmitted copies of the same and a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Sullivan, Esq.
Kelley M. Jancaitis, Esq.
BROENING OBERG WOODS & WILSON, P.C.
2800 N. Central Avenue, Suite 1600
Phoenix, Arizona 85004
Attorneys for Defendant State Farm Fire and Casualty Company

/s/ Douglas F. Dieker

2

ClarkHill\K7975\462645\271685560.v1-5/23/23