# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Grasse and Tamara Grasse, | Case No.: CV-23-02435-PHX-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| State Farm Fire and Casualty Company, | |
| Defendants. | |

The Court has consideration the parties' Stipulation to Extend Expert and Disclosure Deadlines (Doc. 41).

**IT IS ORDERED** granting the Stipulation to Extend Expert and Disclosure Deadlines.

**IT IS FURTHER ORDERED** the extending the following deadlines:

| Event | New Deadline |
|---|---|
| Plaintiff's Expert Disclosure | September 30, 2024 |
| Defendant's Expert Disclosure | November 11, 2024 |
| Rebuttal Expert Disclosure | December 9, 2024 |
| Depositions of Expert Witnesses | February 3, 2025 |
| Dispositive Motions | February 10, 2025 |

Dated this 14th day of August, 2024.

Susan R. Bolton
United States District Judge

1