LAW OFFICES
**BROENING OBERG WOODS & WILSON**
PROFESSIONAL CORPORATION
2800 N. CENTRAL AVE., SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700

Robert T. Sullivan/Bar No. 022719
rts@bowwlaw.com
Kelley M. Jancaitis/Bar No. 025555
kmj@bowwlaw.com
Minute Entries/Orders: cjg@bowwlaw.com
*Attorneys for Defendant State Farm*
*Fire and Casualty Company*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Grasse and Tamara Grasse, husband and wife,<br><br>Plaintiffs,<br>vs.<br><br>State Farm Fire and Casualty Company, an Illinois Corporation, John and Jane Does I-X; XYZ Partnerships I-X; ABC Corporations I-X,<br><br>Defendants. | Case No. 2:23-cv-02435-SRB<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES** |

The Parties, by and through counsel undersigned, hereby stipulation and respectfully request a brief extension of Defendant's Expert Disclosure deadline from November 11, 2024, to November 15, 2024, and the Rebuttal Expert Disclosure deadline from December 9, 2024, to December 13, 2024.

Defendant needs the brief extension because one of Defendant's experts was called in to address several issues related to damage from the recent hurricanes along the East coast. He just returned from travelling to those locations for his work.

This is the Parties' second requested extension of these deadlines and is not made for

purposes of delay, but to allow additional time for Defendant's experts to complete their reports. A copy of the proposed form of order is attached hereto.

RESPECTFULLY SUBMITTED this 11th day of November, 2024.

BROENING OBERG WOODS & WILSON, P.C.

By */s/ Robert T. Sullivan*
Robert T. Sullivan
Kelley M. Jancaitis
2800 North Central Avenue, Suite 1600
Phoenix, Arizona  85004
*Attorneys for Defendant State Farm Fire and Casualty Company*

DIEKER COPPLE, PLLC

By */s/ Douglas F. Dieker (with permission)*
Douglas F. Dieker
14256 North Northsight Blvd., Suite 110
Scottsdale, AZ 85260
*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of November, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Douglas F. Dieker
DIEKER COPPLE, PLLC
14256 North Northsight Blvd., Suite 110
Scottsdale, Arizona 85260
douglas@diekercopplelaw.com
*Attorney for Plaintiffs*

By */s/ Nicole J. Smith*

3