**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Donald Grasse and Tamara Grasse, husband and wife, | Case No. 2:23-cv-02435-SRB |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES** |
| vs. | |
| State Farm Fire and Casualty Company, an Illinois Corporation, John and Jane Does I-X; XYZ Partnerships I-X; ABC Corporations I-X, | |
| Defendants. | |

Having reviewed the Parties' Stipulation to Extend Expert Disclosure Deadlines and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Expert Disclosure deadline is hereby extended to November 15, 2024,

IT IS FURTHER ORDERED that the Rebuttal Expert Disclosure deadline is hereby extended to December 13, 2024.

Dated this 12th day of November, 2024.

_____
Susan R. Bolton
United States District Judge