Douglas F. Dieker, SBN 018317
**DIEKER COPPLE, PLLC**
14256 N. Northsight Blvd., Suite 110
Scottsdale, Arizona 85260
(602) 528-4700 – Office
(602) 528-4701 –Fax
douglas@diekercopplelaw.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Grasse and Tamara Grasse, husband and wife, | Case No.: CV-23-02435-PHX-SRB |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO COMPEL APPRAISAL** |
| vs. | |
| State Farm Fire and Casualty Company, an Illinois Corporation, | |
| Defendant. | |

Plaintiffs Donald Grasse and Tamara Grasse ("Plaintiffs") and Defendant State Farm Fire and Casualty Company ("Defendant"), through counsel undersigned, hereby stipulate and agree to an extension of time for Plaintiffs to file a Response to Defendant's Motion to Compel Appraisal (the "Motion") until March 26, 2025. The parties' Stipulation is not brought for any improper purposes such as delay, and good cause exists for this Court to approve it.

A proposed form of order is submitted concurrently herewith, which the parties respectfully request the Court approve.

///

///

1

DATED this 5th day of March 2025.

**DIEKER COPPLE, PLLC**


By: */s/ Douglas F. Dieker*
  Douglas F. Dieker
  14256 N. Northsight, Suite 110
  Scottsdale, Arizona 85260
  Attorney for Plaintiffs

**BROENING OBERG WOODS & WILSON, P.C.**


By: */s/ Robert T. Sullivan.*
  Robert T. Sullivan, Esq.
  2800 N. Central Avenue, Suite 1600
  Phoenix, Arizona 85004
  Attorneys for Defendant Liberty Mutual
  Personal Insurance Company


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmitted copies of the same and a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Sullivan, Esq.
Kelley M. Jancaitis, Esq.
Broening Oberg Woods & Wilson, P.C.
2800 N. Central Avenue, Suite 1600
Phoenix, Arizona 85004
Attorneys for Defendant State Farm Fire and Casualty Company

/s/ Douglas F. Dieker

2