Douglas F. Dieker, SBN 018317
**DIEKER COPPLE, PLLC**
14256 N. Northsight Blvd., Suite 110
Scottsdale, Arizona 85260
(602) 528-4700 – Office
(602) 528-4701 –Fax
douglas@diekercopplelaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Grasse and Tamara Grasse,<br><br>Plaintiff,<br><br>vs.<br><br>State Farm Fire and Casualty Company,<br><br>Defendants. | Case NO: CV-23-02435-SRB<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT** |

NOTICE is hereby given that on this 25rd day of August, 2025, Plaintiffs accept Defendant State Farm Fire and Casualty Company's Offer of Judgment in the above-captioned matter, a copy of which is attached hereto. In accordance with Federal Rules of Civil Procedure Rule 68, a copy of this Notice of Acceptance has been served upon Defendant's counsel in this matter as stated in the attached Certificate of Service.

DATED this 25th day of August 2025.

                        **DIEKER COPPLE, PLLC.**
                        *By: /s/ Douglas F. Dieker*
                        Douglas F. Dieker
                        14256 N. Northsight Blvd., Suite 110
                        Scottsdale, Arizona 85260
                        *Attorneys for Plaintiffs*

**ORIGINAL** of the forgoing E-filed with
The AZ Turbo Court this day of 25th
August 2025 to:

**COPY** of the forgoing sent via email
This 25th day of August 2025:

Robert T. Sullivan, Esq.
Kelley M. Jancaitis, Esq.
**BROENING OBERG WOODS & WILSON, P.C.**
2800 N. Central Avenue, Suite 1600
Phoenix, Arizona 85004
Attorneys for Defendant State Farm Fire and Casualty Company

*/s/ M. Peraza*