Douglas F. Dieker, SBN 018317
**DIEKER COPPLE, PLLC**
14256 N. Northsight Blvd., Suite 110
Scottsdale, Arizona 85260
(602) 528-4700 – Office
(602) 528-4701 –Fax
douglas@diekercopplelaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Grasse and Tamara Grasse,<br><br>Plaintiff,<br><br>vs.<br><br>State Farm Fire and Casualty Company,<br><br>Defendants. | Case NO: CV-23-02435-SRB<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT** |

NOTICE is hereby given that on this 26th day of August, 2025, Plaintiffs accept Defendant State Farm Fire and Casualty Company's Offer of Judgment in the above-captioned matter, a copy of which is attached hereto. In accordance with Federal Rules of Civil Procedure Rule 68, a copy of this Notice of Acceptance has been served upon Defendant's counsel in this matter as stated in the attached Certificate of Service.

DATED this <u>26th</u> day of August 2025.

                                      **DIEKER COPPLE, PLLC.**
                                      *By: /s/ Douglas F. Dieker*
                                      Douglas F. Dieker
                                      14256 N. Northsight Blvd., Suite 110
                                      Scottsdale, Arizona 85260
                                      *Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | **ORIGINAL** of the forgoing E-filed with |
| 2 | The AZ Turbo Court this day of 26th August 2025 to: |
| 3 | |
| 4 | **COPY** of the forgoing sent via email This 26th day of August 2025: |
| 5 | |
| 6 | Robert T. Sullivan, Esq. Kelley M. Jancaitis, Esq. |
| 7 | **BROENING OBERG WOODS & WILSON, P.C.** 2800 N. Central Avenue, Suite 1600 |
| 8 | Phoenix, Arizona 85004 Attorneys for Defendant State Farm Fire and Casualty Company |
| 9 | |
| 10 | */s/ M. Peraza* |

2