# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald Grasse, et al., | NO. CV-23-02435-PHX-SRB |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| State Farm Fire and Casualty Company, et al., | |
| Defendants. | |

Pursuant to Plaintiffs having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant State Farm Fire and Casualty Company in the amount of $10,000.00 and this action is hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

August 27, 2025

By  s/ A. Roybal
Deputy Clerk